DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

JEREMY WILLIAM HILLIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0846

—————————————————

August 14, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

Jeremy William Hillis, pro se.

PER CURIAM.

　　Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.